JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 06-4577-VBF(EXx)**                                      Dated: **April 7, 2008**

Title:  Mary Crenshaw -v- United States of America, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                         None Present

**PROCEEDINGS (IN CHAMBERS):**          **COURT ORDER RE DISMISSAL**

    On December 18, 2007, the Court issued an Order to Show Cause Re Dismissal for Lack of Prosecution (the "OSC") ordering that any written response to the OSC be filed by January 2, 2008. The Court has not received a written response and Plaintiff has not taken any other action in this case. Because Plaintiff have failed to show cause for her failure to prosecute, this action is dismissed.

IT IS SO ORDERED

MINUTES FORM 90                                             Initials of Deputy Clerk   rs
CIVIL - GEN